■ In the Matter of JOSEPH SZABO, Respondent, v BARBRA CERRA, Appellant. [656 NYS2d 922] —In a child custody proceeding pursuant to Family Court Act article 6, the mother appeals from an order of the Family Court, Dutchess County (Amodeo, J.), dated September 17, 1996, which, *inter alia,* granted custody of the parties' minor child to the father.

Ordered that the order is affirmed, without costs or disbursements.

There is a sound and substantial basis in the record for the Family Court's decision awarding custody to the father (*see, Matter of Castillo v Hernandez,* 220 AD2d 746; *Matter of Williamson v Williamson,* 215 AD2d 767; *Matter of Canazon v Canazon,* 215 AD2d 652), and therefore the determination will not be disturbed on appeal.

The mother's remaining contention is without merit. Sullivan, J. P., Pizzuto, Santucci and Joy, JJ., concur.